AGNES WISNIEWSKI, ADMINISTRATRIX AD PROSEQUEN-
DUM, ETC., APPELLANT, v. LOUIS WEINSTOCK, RE-
SPONDENT.

Submitted October 25, 1946—Decided January 17, 1947.

For the appellant, *Francis N. Reps.*

For the respondent, *Philip Blacher.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance —* THE CHANCELLOR, CHIEF JUSTICE, BODINE, DONGES, HEHER, PERSKIE, COLIE, WACHENFELD, EASTWOOD, WELLS, DILL, FREUND, MCGEEHAN, MCLEAN, JJ. 14.

*For reversal—*None.